IN RE SENATE RESOLUTION RELATING TO SENATE BILL
No. 31.

PER CURIAM. We are of the opinion that it is competent for the county court to make an allowance exceeding $2,000 to the wife of an adjudged lunatic from the latter's estate as provided for in the bill submitted.